**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6414**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARYL F. LOCUST, a/k/a Derek Locust, a/k/a 8, a/k/a Daryl Frank Locusts,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:06-cr-00040-RBS-TEM-1)

_____

Submitted:  November 22, 2022                     Decided:  November 28, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daryl F. Locust, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl F. Locust appeals the district court's orders denying his motion for compassionate release and his motion for reconsideration. We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (providing standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm. *United States v. Locust*, No. 4:06-cr-00040-RBS-TEM-1 (E.D. Va. Mar. 16, 2022, & May 5, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*